DAVID B. BARLOW, United States Attorney (#13117)
WILLIAM K. KENDALL, Assistant United States Attorney (#7906)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2014 JUN -4  ᗡ 12: 10

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS:<br>21 U.S.C. § 841(a)(1),<br>Distribution of Methamphetamine<br>(Counts 1, 4 & 5);<br>21 U.S.C. § 841(a)(1),<br>Distribution of Heroin (Count 2);<br>18 U.S.C. § 924(c),<br>Possession of a Firearm in Furtherance<br>of a Drug Trafficking Crime (Count 3). |
| vs. | |
| HECTOR RENTERIA and<br>RALPH MARTINEZ, | |
| Defendants. | |

Case: 2:14-cr-00275
Assigned To : Nuffer, David
Assign. Date : 6/4/2014
Description: USA v.

The Grand Jury charges:

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about November 14, 2013, in the Central Division of the District of Utah,

HECTOR RENTERIA and RALPH MARTINEZ

the defendants herein, did knowingly and intentionally distribute methamphetamine, a

Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation

of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of Heroin)

On or about November 14, 2013, in the Central Division of the District of Utah,

HECTOR RENTERIA and RALPH MARTINEZ

the defendants herein, did knowingly and intentionally distribute heroin, a Schedule I

controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).


## COUNT 3
(18 U.S.C. § 924(c))
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 14, 2013, in the Central Division of the District of Utah,

HECTOR RENTERIA and RALPH MARTINEZ

the defendants herein, did knowingly possess a firearm in furtherance of a drug

trafficking crime for which they may be prosecuted in a court of the United States, that is,

distribution of methamphetamine as alleged in Count 1 and distribution of heroin as

alleged in Count 2; all in violation of 18 U.S.C. § 924(c).


## COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about February 6, 2014, in the Central Division of the District of Utah,

HECTOR RENTERIA and RALPH MARTINEZ

2

the defendants herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 5
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about April 15, 2014, in the Central Division of the District of Utah,

HECTOR RENTERIA and RALPH MARTINEZ

the defendants herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

WILLIAM K. KENDALL
Assistant United States Attorney

3