G. FRED METOS - 2250
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RALPH MARTINEZ, Defendant. | FINDINGS AND ORDER  Case Number: 2:14-cr-275-DN |

Based on motion of the defendant and stipulation of the plaintiff, the court enters the following:

### FINDINGS

1. In order to effectively represent the defendant, counsel needs additional time to complete plea negotiations or, if necessary, to prepare for trial.

2. These negotiations cannot effectively be completed by the scheduled trial date and it is unreasonable to expect that those can be completed within the time limits established by U.S.C. § 3161.

3. The ends of justice in granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

## ORDER

It is hereby ORDERED that the trial date of August 18, 2014, be stricken and the 5-day jury trial rescheduled to October 27, 2014 at 8:30 a.m. before Judge David Nuffer, Room 3.100.

It is further ORDERED that the time between August 18, 2014, and the next trial date be excluded from the computation for the time for trial as described in U.S.C. § 3161.

DATED this 31st day of July, 2014.

_____
DAVID NUFFER
United States District Court Judge